UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MOTION:
Granted ___
Denied ✓
Overruled ___
Date ___
CKR 5/13/09

RONALD ANTHONY AZZANNI, )
)
Plaintiff, )
)
v. ) Case No. 4:09-CV-00260 TCM
)
METLIFE DISABILITY, )
)
Defendant. )

## MOTION TO WITHDRAW AND FOR
## THE APPOINTMENT OF SUBSTITUTE COUNSEL

COMES NOW John S. Kingston, of the law firm Thompson Coburn LLP, and moves for leave to withdraw from the representation of Plaintiff in the above-captioned matter and for the appointment of substitute counsel. This motion should be granted for the following reasons:

1. Although it has done so in the past, Thompson Coburn LLP does not currently represent MetLife Inc. or its affiliates. The firm does, however, regularly represent the following entities in lawsuits involving insurance coverage claims that are substantially similar to those presented in the above-captioned matter:[1]

- Hartford Life and Accident Insurance Company
- Standard Insurance Company
- Sun Life Assurance Company of Canada
- Xerox Corporation
- The Pepsi Bottling Group
- PepsiCo
- Johnson & Johnson

---

[1] John S. Kingston has not personally worked on matters on behalf of any of these entities.